# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: #178685

Timothy Ray Hacker

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Willie Thomas
John Hutton
David Roseman
Christopher Gordy

(Enter above full name(s) of the defendant(s) in this action)

CV-16-HS-1773-NE

All Defendants are to be sued in their OFFICIAL AND INDIVIDUAL Capacity.

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✓ )    No ( )

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: Timothy Ray Hacker

         Defendant(s): Steven Bullard
         Mr. Roundtree

2

2. Court (if Federal Court, name the district; if State Court, name the county) __Northern District Alabama__

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

6. Approximate date of filing lawsuit __2003__

7. Approximate date of disposition __2005__

II. Place of present confinement __Madison County Jail__

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: __I am temporarily housed in the Madison County Jail. This complaint is against Alabama Dept. of Correction's officials At Bibb County Correctional Facility And Limestone Correctional Facility.__

3

P. 1

Claim # 1

On April 15th 2016 I informed Lt. Denise McKenzie that an inmate had been extorting money from me for the past several months. I was placed in Administrative Segregation. During my time in Administrative Segregation I wrote many letters and requests to my classification supervisor and to Warden Christopher Gordy at Limestone Correctional Facility. My Classification Supervisor Katie Bias told me that I would not be placed in Protective Custody and that I would be transfered to an enemy free population. Letters and Requests sent to Warden Christopher Gordy were answered with the same response. I begged Warden Christopher Gordy and Classification Supervisor Katie Bias to put me in Protective Custody at Limestone but they ignored

Claim #1 con't

my pleas and had me transferred to another prison where I had unknown enemies which caused me to be violently sodomized by inmate Derrek Alexander on July 29th 2016.

Relief:

The Plaintiff asks that this court rule that Warden Christopher Gordy and Classification Supervisor Katie Bias ignored my requests for protective custody and sent me to a prison where I had unknown enemies which led to me being violently sodomized by inmate Derrek Alexander.

The plaintiff also asks that this Honorable Court order the Defendants to place him in protective custody at Limestone Correctional facility where he has no known enemies.

P. 1

Claim #2

On July 23rd 2016 I was called to Classification at Bibb County Correctional Facility. The reason I was called to Classification was for a P.R.E.A. Prison Rape Elimination Act questionaire for an Audit that was going on, July 23rd - 24th 2016. I spoke with a Classification Specialist and told her that I was being threatened and harrassed by an inmate. She called Lt. David Roseman and I told him that Inmate Derrek Alexander was threatening me and harrassing me sexually. Lt. Roseman told me that he would have me moved to the faith Dorm when I was released from the Health Care Unit. When I was released from the Health Care Unit, I was told to move back to my same bed that I was on before I was put in the health care unit. I told the officers at the shift

P. 2.

office about my situation, but they laughed at me and told me to go to my old bed assignment. This was on July 25th 2016. On July the 29th 2016 I was sodomized by inmate Derrek Alexander. Several days later after I was sodomized, I was placed in the Health Care Unit at Bibb County Correctional Facility. I was placed in the Health Care Unit because I had swelling in my left foot and leg due to Lymphodema. After I was in the Health Care Unit, I reported the sexual assault on the P.R.E.A. hotline.

On July 23rd and 24th I reported these threats to Lt. David Roseman and Warden Willie Thomas at a P.R.E.A. Administrative Audit. I also reported these threats to Cpt John Hutton before I was sodomized on July 29th 2016. No action was taken.

I Also wrote a "grievance" on July 23rd 2016 and placed it in the "grievance box" Addressed to Sgt. Sealey. No Action was taken. Shortly Thereafter I was sodomized on July 29th 2016.

Relief. The Plaintiff asks that this Honorable Court Rule that the Defendants place him in Protective Custody due to the fact that the plaintiff has "unknown Enemies in The General Population of the ALABAMA Dept. of Corrections. The Defendants have ignored all requests for protection by the plaintiff which was clearly a deliberate ~~deliberate~~ ~indifference which Resulted in the violent sexual assault of the Plaintiff.

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) **Timothy Ray Hacker**

   Address **Madison County Jail**
   **P.O. Box 2047**
   **Huntsville, AL 35804**

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant **Willie Thomas**

   Is employed as **Warden**

   at **Bibb County Correctional Facility**

C. Additional Defendants **John Hutton - Captain, David Roseman - Leiutenant, Christopher Gordy - Warden Limestone Correctional Facility, Katie Bias - Classification Limestone Corr. Facility**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

**Continued extra paper**

4

V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

_Continued_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
SIGNATURE

ADDRESS Timothy Ray Hacker #63425
Madison Co. Jail
P.O. Box 2047
AIS # Huntsville, AL 35804

State AIS# 178685

5

Timothy Hacker 000063425 A
PO Box 2047
HSV, AL 35804



OFFICE OF
**CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA**
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 - 5TH AVENUE NORTH
**BIRMINGHAM, ALABAMA 35203-2040**

OFFICIAL BUSINESS

LEGAL MAIL

SECURITY OCT 31 2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



U.S POSTAGE >> PITNEY BOWES
ZIP 35801  $ 001.09⁵
02 1W
0001391147 OCT 21 2016

Clerk, USDC
Room 140
1729 Fifth Avenue North
Birmingham, AL 35203